IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action 03-cv-00591-RPM-CBS

CODY DEON GLOVER,

    Plaintiff,

v.

JAMES E. GUNJA, *et al.*,

    Defendants.

---

## ORDER

---

Sufficient cause appearing, it is ORDERED that the Joint Motion for Leave to File Corrected Response Brief and for an Extension of Time to File Replies is GRANTED.

Plaintiff shall file the corrected response brief on or before September 22, 2005.

Defendants shall file their replies on or before October 11, 2005.

Dated: September 16, 2005

                                      Richard P. Matsch
                                      Senior U.S. District Judge