IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 03cv00591-RPM-CBS

CODY DEAN GLOVER

      Plaintiff,

v.

DANIEL ORTIZ,
RICHARD MEIER, and
KERRY MEIER,

      Defendants

---

## ORDER

---

The following pleadings appearing on the docket sheet as pending motions have been resolved or have been rendered moot by subsequent proceedings. To clarify the record:

Defendant Kerry Meier's motion to dismiss for lack of jurisdiction filed December 19, 2003 [doc. 52], was denied by this court's order of March 8, 2004.

Defendant Danny Ortiz's motion to dismiss for lack of jurisdiction filed December 19, 2003 [doc. 58], was denied by this court's order of March 8, 2004.

The plaintiff's motion for leave to amend the complaint, filed September 20, 2004 [doc. 122], is moot. Accordingly no action is required with respect to the Magistrates's Report and Recommendation of November 18, 2004, which recommended that the motion be denied. The courtroom minutes for the status conference held on December 6, 2004 [153] and the status conference held on February 8, 2005 [161] reflect that the deadline for the filing of any renewed

motion to amend the complaint was February 4, 2005.  That date has passed without any amendment having been filed.

The plaintiff's withdrawal on December 13, 2004 [doc. 155] of his objection to the Magistrate's Report and Recommendation requires no further court action.

It is ORDERED that the plaintiff's motion for assignment of case for trial, filed October 22, 2004 [doc. 136] is denied.

Dated:  September 30, 2005

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge
